## L. G. AVERY v. COMMISSIONER OF INTERNAL REVENUE.

## Florence L. AVERY v. COMMISSIONER OF INTERNAL REVENUE.

### Nos. 9108, 9109.

Circuit Court of Appeals, Ninth Circuit.

Aug. 5, 1940.

Dana Latham, of Los Angeles, Cal., for petitioners.

Samuel O. Clark, Jr., Asst. U. S. Atty. Gen., for respondent.

Before GARRECHT, DENMAN, and MATHEWS, Circuit Judges.

PER CURIAM.

Upon stipulation of counsel for respective parties that these causes abide final decision in companion cause, M. N. Avery v. Com'r of Internal Revenue, in which judgment was entered on April 12, 1940, 9 Cir., 111 F.2d 19, and good cause therefor appearing, ordered judgment filed in each cause and entered in the minutes in accordance with the decision of this court in said companion M. N. Avery case, and that the mandate of this court in each cause issue forthwith.

## Felix B. BROEKER, Appellant, v. UNITED STATES of America.

### No. 11718.

Circuit Court of Appeals, Eighth Circuit.

July 22, 1940.

John P. Zimmerman, of Kansas City, Mo., for appellant.

Richard K. Phelps, Acting U. S. Atty., of Kansas City, Mo., for appellee.

PER CURIAM.

Appeal from District Court dismissed for failure to comply with rules, without costs. Defendant ordered to surrender to custody, etc.

## Fulton E. BURKE, Appellant, v. Margaret Lee BURKE, Appellee.

### No. 9590.

Circuit Court of Appeals, Ninth Circuit.

Aug. 9, 1940.

Latham & Watkins, of Los Angeles, Cal., for appellant.

Wm. M. Rains, of Los Angeles, Cal., for appellee.

Before DENMAN, MATHEWS, and HEALY, Circuit Judges.

PER CURIAM.

On stipulation of counsel for respective parties, and good cause therefor appearing, ordered appeals in above cause dismissed, that a decree of dismissal be filed and entered accordingly, and mandate of this court in this cause issue forthwith.

## Harper A. BUSBY, Appellant, v. Samuel O. WILLIAMS, Appellee.

### No. 8424.

Circuit Court of Appeals, Sixth Circuit.

June 27, 1940.

Faust, Faust, Medias & Faust, of Indianapolis, Ind., and W. A. Rinckhoff, of Cincinnati, Ohio, for appellant.

Smith, Francis & Irvine, of Steubenville, Ohio, for appellee.

Before SIMONS, HAMILTON, and ARANT, Circuit Judges.

PER CURIAM.

The Court perceiving no error of law in the trial below or in the denial of the motion for new trial, it is ordered that the judgment be, and it is hereby, affirmed.